# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-1358
_____

United States of America

*Plaintiff - Appellee*

v.

Rodney D. Price

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: October 27, 2023
Filed: November 1, 2023
[Unpublished]
_____

Before LOKEN, COLLOTON, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Rodney Price appeals after a jury convicted him of child pornography offenses and the district court[1] sentenced him to 84 months in prison. His counsel has moved

_____

[1]The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.

for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging a pretrial evidentiary ruling. Price has filed a pro se brief additionally challenging the sufficiency of the evidence and arguing that counsel was ineffective.

Upon careful review, we conclude that the district court did not err by refusing to admit evidence of an alternative perpetrator, as the evidence was speculative and remote. <u>See</u> <u>United States v. Emmert</u>, 825 F.3d 906, 909 (8th Cir. 2016) (standard of review); <u>United States v. Thibeaux</u>, 784 F.3d 1221, 1226 (8th Cir. 2015).

As to the arguments in Price's pro se brief, we conclude that there was sufficient evidence to support his conviction. <u>See</u> <u>United States v. Timlick</u>, 481 F.3d 1080, 1082 (8th Cir. 2007) (standard of review); <u>United States v. Spears</u>, 454 F.3d 830, 832 (8th Cir. 2006). We decline to address his ineffective-assistance claim in this direct appeal. <u>See</u> <u>United States v. Hernandez</u>, 281 F.3d 746, 749 (8th Cir. 2002).

We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____